LAWRENCE INFANTOZZO, Respondent, v. 31 BROOME STREET REALTY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

WILLIAM JENNINGS, Respondent, v. MAURICE C. GENNERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MORRIS EIGENFELD, Doing Business, etc., Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

HILDA HAINES, Individually and on Behalf of Herself and Other Stockholders of the S. S. NOHAB Co., INC., Respondent, v. CARL F. OGREN and Another, as Executors, etc., of CHARLES A. OGREN, Deceased, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

WILLIAM ROSNER, Respondent, v. HENRY ROSNER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ABE DEL MONTE, Respondent, v. NOAH WACHTEL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MEYER HURWITZ v. WOLF PETERSELL and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNIE SCHLOSSMAN, as Administratrix, etc., of SAMUEL SCHLOSSMAN, Deceased. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

GUSTAVUS A. ROGERS and Another v. NEW JERSEY BANKERS SECURITIES CO., INC.— Motion to dismiss appeal granted, without costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MAX MILLER v. JACOB SEVILLE and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before January 6, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

LEHIGH AND WYOMING FUEL CORPORATION and Others v. PAULINA SCHORR and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

SARAH MILLER v. LOUIS MILLER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE TROMBINO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.